NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUMENTUM OPERATIONS, LLC,**

*Plaintiff-Appellant*

**v.**

**NLIGHT, INC., DAHV KLINER, ROGER L. FARROW,**

*Defendants-Appellees*

---

2025-1671

---

Appeal from the United States District Court for the Western District of Washington in No. 3:22-cv-05186-BHS, Senior Judge Benjamin H. Settle.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    LUMENTUM OPERATIONS, LLC V. NLIGHT, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

April 28, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 28, 2025